JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SVITLANA YAKHONTOVA, et al., | ) Case No. CV 19-4290 FMO (JEMx) |
|---|---|
| Plaintiffs, | ) |
| v. | ) **JUDGMENT** |
| WILLIAM P. BARR, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed. The parties shall bear their own fees and costs.

Dated this 14th day of April, 2020.

                                                             /s/
                                             Fernando M. Olguin
                                        United States District Judge